

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2018

No. 04-18-00381-CR

**IN RE RICHARD BRUCE DEBENEDETTO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice

On June 8, 2018, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on June 14, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. A1481-1; A1482-1: A1483-1; A1484-1; A1485-1; A1486-1, styled *The State of Texas v. Richard Bruce Debenedetto*, pending in the 216th Judicial District Court, Kerr County, Texas, the Honorable N. Keith Williams presiding.